IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00457-RJC-DCK

| | | |
|---|---|---|
| KIMBERLY MANTELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MARSHALL AIR SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference.

A judicial settlement conference is set for **Tuesday, January 24, 2023 from 10:30 a.m. to 12:30 p.m**.

The conference will be conducted **in person** at the United States Courthouse located at 100 Otis Street, Asheville, North Carolina. The parties and their counsel should report to the courthouse fifteen minutes prior to the conference.

In accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person may participate remotely in the settlement conference.

1

Any request seeking permission to modify the terms of this Order shall be filed no later than **January 10, 2023** or be subject to summary denial.

It is so ordered.

Signed: December 8, 2022

W. Carleton Metcalf
United States Magistrate Judge